FILED

2024 SEP -9 PM 2: 4'

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____ MPV

Name: Rhonda Brown

Address: 1328 Changel Ave

Lancaster Ca

Phone: 661 606-2801

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rhonda Brown

CASE NUMBER:

2:24 CV7674 SB(JPRx)

Plaintiff

To be supplied by the Clerk of
The United States District Court

v.

Donald Koontz

COMPLAINT

Defendant(s).

I Rhonda Brown, is filling This Complaint against Donald Koontz Regarding an Outstanding Financial Obligation. As of July, 6-2024, Mr Koontz owes a Sum which has Not been repaid despite Multiple Requests.

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT